RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 6/4/12

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| REGINALD LaCOUR | * | CIVIL ACTION NO. 11-1309<br>Section P |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| BILLY TIGNER, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, and DECREED** that the motion to dismiss [doc. # 23], filed by defendants, Billy Tigner, Betty Pullig, and John Thomas is **GRANTED**, and that judgment is hereby entered in favor of said defendants, **DISMISSING, with prejudice**, plaintiff's claims for lack of subject matter jurisdiction. Fed. R. Civ. P. 12(b)(1).

MONROE, LOUISIANA, this 1 day of June, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE